IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: NO. 17-651
AMEEN GREEN
RICHARD WINN

## ORDER

**AND NOW**, this 19th day of March, 2018, after a hearing in open court on pretrial motions, with Defendants and Counsel present, it is **ORDERED** as follows:

1. Defendant Ameen Green's Omnibus Motion for Discovery pursuant to Rule 16, Jencks, Brady and Giglio (ECF No. 38) is **DISMISSED as Moot.**

2. Defendant Richard Winn's Motion to Compel Notice of Intention to Use Other Crimes, Wrongs or Acts Evidence (ECF No. 41) is **DISMISSED without prejudice.**

3. Defendant Richard Winn's Motion to Dismiss Count One of the Indictment (ECF No. 40) is **WITHDRAWN** as requested by Counsel.

4. Government's Motion to Admit Recordings and Transcripts (ECF No. 37) is **DISMISSED as Moot.**

5. Defendants' Motions for Joinder (ECF Nos. 38 & 42) are **GRANTED.**

**IT IS SO ORDERED**.

BY THE COURT:

R. BARCLAY SURRICK, J.