IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 17-651 |
| AMEEN GREEN a.k.a. "SHOOTER," and RICHARD WINN | |

### ORDER

AND NOW, this 28th day of March, 2018, upon consideration of Defendants' Motions for a *Franks* Hearing and to Suppress Physical Evidence and Statements (ECF Nos. 38, 39), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. BARCLAY SURRICK, J.